Wisser et ux., Appellants, *v.* Lebanon City School District.

Argued December 16, 1966. *Bernerd A. Buzgon,* with him *Davis and Katz,* for appellants; *H. Rank Bickel, Jr.,* for appellee.

Order affirmed.

Ziolko, Appellant, *v.* D. & H. Welding & Pipeline Service et al.

Argued December 12, 1966. *W. J. Krencewicz,* for appellant; *Penrose Hertzler,* for appellees.

Judgment affirmed.

WATKINS, J., absent.

March 17, 1967

Commonwealth ex rel. Van Scoten, Appellant, *v.* Yeager.

Submitted December 12, 1966. *William Van Scoten,* appellant, in propria persona; *Oscar S. Bortner,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for appellee.

Order affirmed.